# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-0665-RJC-DCK

| | |
|---|---|
| CARLYLE H. HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORWARD AIR SOLUTIONS, INC., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed his "Certification Of ADR Session" (Document No. 40) notifying the Court that the parties reached a settlement on November 14, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 12, 2011**.

Signed: November 16, 2011

David C. Keesler
United States Magistrate Judge